# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

*IN RE: PRUDENTIAL FINANCIAL, INC. DATA BREACH LITIGATION*

**This Document Relates To:**

**ALL ACTIONS**

**Case No. 2:24-cv-06818**

## ORDER CONSOLIDATING ACTIONS

Pursuant to this Court's Consolidation Order of July 15, 2024, with a Notice of Related Cases having been filed (Doc. 16), the below actions currently pending in the United States District Court for the District of New Jersey are hereby consolidated into the above-captioned Master File:

| | |
|---|---|
| Smith v. Prudential Financial, Inc. | 2:24-cv-07598 |
| Khaner v. Prudential Financial, Inc. | 2:24-cv-07671 |
| Villareal v. Prudential Financial, Inc. | 2:24-cv-07683 |
| Moss v. Prudential Financial, Inc. | 2:24-cv-07715 |
| Wright v. Prudential Financial, Inc. | 2:24-cv-07691 |

(stricken cases were closed prior to date of this order)

**SO ORDERED.**  September 6, 2024

*/s/ André M. Espinosa*

ANDRÉ M. ESPINOSA
United States Magistrate Judge